# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS E. CAMPBELL

VERSUS

CITY OF BATON ROUGE, PARISH
OF EAST BATON ROUGE

NO.   2025 CW 0279

**JUNE 30, 2025**

---

In Re:   City of Baton Rouge, Parish of East Baton Rouge, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 695811.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to include
a copy of relator's reply memorandum and/or motion to strike, in
violation of Rule 4-5(C)(8) of the Uniform Rules of Louisiana
Courts of Appeal.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing information noted above, and must comply with Rule 2-
12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new
application must be filed on or before July 20, 2025 and must
contain a copy of this ruling.

AHP
EW
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT